COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Terry Smith v. The State of Texas

Appellate case number:   01-12-00661-CR, 01-12-00662-CR, 01-12-00663-CR

Trial court case number: 10-DCR-055807A (Counts I, II, III)

Trial court:             400th District Court of Fort Bend County

Appellant's brief was first due in the above-referenced appeals on December 3, 2012. The Court granted an extension of time to file appellant's brief through February 1, 2013. On February 5, 2013, the Court granted a second extension to file the brief through April 2, 2013, stating that, absent extraordinary circumstances, no further extentions would be granted. On March 29, 2013, the Court granted a third extension of time to file the brief through May 17, 2013, once again stating that, absent extraordinary circumstances, no further extentions would be granted. On May 9, 2013, appellant filed a fourth motion for extension of time to file appellant's brief. The motion is **denied**.

Appellant's brief must be filed **no later than May 28, 2013**. If appellant's brief is not filed by that date, the Court will abate the appeal for a hearing to determine whether substitute counsel should be appointed. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2012); TEX. R. APP. P. 38.8(b).

It is so **ORDERED**.


Judge's signature: ___/s/  Laura C. Higley_____
                   X Acting individually    ☐ Acting for the Court

Date: May 22, 2013